# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DAVID DIANTE BIAS**<br>    **LA. DOC #476635**<br>**VS.** | **CIVIL ACTION NO. 6:17-CV-1016**<br>**SECTION P**<br>**JUDGE ROBERT G JAMES** |
| **DARRELL VANNOY** | **MAGISTRATE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Monroe, Louisiana, this 23rd day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**