# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **DAVID DIANTE BIAS** | **CIVIL ACTION NO. 6:17-CV-1016** |
| LA. DOC #476635 | SECTION P |
| VS. | **JUDGE ROBERT G. JAMES** |
| **DARRELL VANNOY** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. A report and recommendation issued on May 8, 2018 [Doc. No. 13] and was subsequently adopted by this Court on May 23, 2018 [Doc. No. 14]. On May 25, 2018, petitioner's objections were filed into the record. After receipt of the objections, the Court conducted a second review of the record. Following that review, as well as consideration of the objections filed, the Court again concludes the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Monroe, Louisiana, this 30th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE